# United States District Court
# Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, Missouri 63102

Gregory J. Linhares  314-244-7900
Clerk of Court

August 11, 2021

In re: *Zhang v. Home Depot USA, Inc.*
Case No. 4:17CV02477JAR

Dear Xiahong Zhang, Michael Saign and Home Depot USA, Inc.:

    I have been contacted by Judge John A. Ross who presided over the above-mentioned case.

    Judge Ross informed me that it has been brought to his attention that while he presided over the case he inherited less than $15,000 in stock in Home Depot. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Ross directed that I notify the parties of the conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

    Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

      With Advisory Opinion 71 in mind, you are invited to respond to Judge Ross's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before September 10, 2021.  A copy of this notice shall be sent to the last known address for the parties and any attorneys.  Any response will be considered by another judge of this court without the participation of Judge Ross.

                                            Sincerely,

                                            Gregory J. Linhares
                                            Clerk of Court